IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AVERY MIGUEL PERRY, SR.,** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 23-CV-0044 |
| | : | |
| **ZACHARY YURICH,** | : | |
| *Defendant* | : | |

**O R D E R**

**AND NOW**, this 10th day of January, 2023, upon consideration of Plaintiff Avery Miguel Perry, Sr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is finally **DISMISSED** for the reasons set forth in the Court's Memorandum as follows:

    a. Perry's damages claims are **DISMISSED, with prejudice**; and

    b. Any claims for injunctive relief are **DISMISSED WITHOUT PREJUDICE** for lack of standing.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*